# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| ALICE JENNIFER RODRIGUEZ § | |
| § | |
| v. § | Case No. __5:21-cv-43__ |
| § | |
| LAREDO REGIONAL MEDICAL CENTER, L.P. § | |
| D/B/A DOCTORS HOSPITAL OF LAREDO, § | |
| UNIVERSAL HEALTH SERVICES, INC., DR. § | |
| PRAKASH HEDGE, DR. PAUL CHRISTOPHER § | |
| GIASI, DR. SANDRA TARAPASADE, AND § | |
| DR. ROBERT KIETH LANDRY § | |

## INDEX OF MATTERS BEING FILED

Exhibit 1:   Index of Matters Being Filed;

Exhibit 2:   Webb County District Clerk's File;

Exhibit 3:   Designation of Counsel;

Exhibit 4:   Notice of Removal to State District Court;

Exhibit 5:   Civil Cover Sheet; and

Exhibit 6:   Defendants' Consent to Removal.

Respectfully submitted on April 16, 2021.

GONZALEZ CASTILLO MOYA, LLP

   /s/Eduardo Moya
Steven M. Gonzalez
SBN: 08131900
FBN: 3321
Edward J. Castillo
SBN: 24040658
FBN: 38007

Ezequiel "Zeke" Moya, Jr.
SBN: 24092865
FBN: 2649227
Eduardo Moya
SBN: 24105674
FBN: 3364208

GONZALEZ CASTILLO MOYA, LLP
1317 E. Quebec Ave.
McAllen, Texas 78503
Email: law@valleyfirm.com
Tel: (956) 618-0115
COUNSEL FOR DEFENDANTS,
*LAREDO REGIONAL MEDICAL CENTER, L.P.*
*d/b/a DOCTORS HOSPITAL OF LAREDO and*
*UNIVERSAL HEALTH SERVICES, INC.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been forwarded to all counsel of record via CM/ECF electronic filing service (ONLY) on the 16th day of April, 2021.

Albert M. Gutierrez / Elizabeth C. Boddy / Kelly Canales Feicht
PERSON MOHRER MORALES BODDY GARCIA GUTIERREZ, PLLC
8610 Broadway, Suite 440
San Antonio, Texas 78217
EMAIL: amg@pmbglaw.com / eboddy@pmbglaw.com / kfeicht@pmbglaw.com
**ATTORNEYS FOR PLAINTIFF**

Frank A. Doyle
MYERS DOYLE
7676 Woodway, Suite 350
Houston, Texas  77063
Email: fdoyle@myersdoyle.com
**ATTORNEYS FOR DR. PAUL CHISTOPHER GIASI AND DR. ROBERT KIETH LANDRY**

Russell W. Schell
SCHELL COOLEY RYAN CAMPBELL LLP
5057 Keller Springs RD., Suite 425
Addison, TX 75001
Email: Rschell@schellcooley.com / Mobach@schellcooley.com
**ATTORNEYS FOR DR. PRAKASH HEGDE AND DR. SANDRA TARAPASADE**

   /s/Eduardo Moya
Eduardo Moya